B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**400 Blair Realty Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3668614** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**400 Blair Road**<br>**Carteret, NJ**                        ZIP Code **07008** | Street Address of Joint Debtor (No. and Street, City, and State):                        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**237 South Street**<br>**P.O. Box 2049**<br>**Morristown, NJ**                        ZIP Code **07962-2049** | Mailing Address of Joint Debtor (if different from street address):                        ZIP Code |
| Location of Principal Assets of Business Debtor   **400 Blair Road, Borough of Carteret, Middlesex County, New Jersey**<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>   *See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined<br>   in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>   under Title 26 of the United States<br>   Code (the Internal Revenue Code). | ☐ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>   defined in 11 U.S.C. § 101(8) as             business debts.<br>   "incurred by an individual primarily for<br>   a personal, family, or household purpose." |

| Filing Fee (Check one box) | Check one box:        **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>   attach signed application for the court's consideration certifying that the<br>   debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>   Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>   attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>   are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>   in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>   there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **400 Blair Realty Holdings, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Kirby Avenue Realty Holdings, L.L.C.** | Case Number: **10-10284** | Date Filed: **1/06/10** |
|---|---|---|
| District: **New Jersey, Trenton vicinage** | Relationship: **Affilate** | Judge: **Michael B. Kaplan** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**400 Blair Realty Holdings, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

9/23/11
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Morris S. Bauer, Esq.**
Printed Name of Attorney for Debtor(s)

**Norris, McLaughlin & Marcus**
Firm Name

**721 Route 202-206
Suite 200
Bridgewater, NJ 08807**
Address

**908-722-0700  Fax: 908-722-0755**
Telephone Number

9/23/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Lawrence S. Berger**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual

9/23/11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **400 Blair Realty Holdings, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rasmussen Construction<br>1050 Highway 35<br>P.O. Box 4174<br>Middletown, NJ 07748 | Rasmussen Construction<br>1050 Highway 35<br>P.O. Box 4174<br>Middletown, NJ 07748 | | | 555,600.00 |
| Petillo Enterprises<br>47 Dell Avenue<br>Kenvil, NJ 07847 | Petillo Enterprises<br>47 Dell Avenue<br>Kenvil, NJ 07847 | | | 230,661.00 |
| PinilisHalpern<br>Att: William Pinilis<br>160 Morris St.<br>Morristown, NJ 07960-4214 | PinilisHalpern<br>Att: William Pinilis<br>160 Morris St.<br>Morristown, NJ 07960-4214 | | | 35,000.00 |
| Independent Insurance Advisors<br>44 W. Lancaster Ave., Suite 210<br>Ardmore, PA 19003 | Independent Insurance Advisors<br>44 W. Lancaster Ave., Suite 210<br>Ardmore, PA 19003 | | | 30,496.51 |
| Onyx Equities LLC (Receiver)<br>900 Route 9 North, Suite 301<br>Woodbridge, NJ 07095 | Onyx Equities LLC (Receiver)<br>900 Route 9 North, Suite 301<br>Woodbridge, NJ 07095 | | Contingent<br>Unliquidated<br>Disputed | 25,000.00 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | | Unliquidated | 25,000.00 |
| Luongo Tucker Associates<br>Metropark South<br>100 Matawan Road-Suite 135<br>Matawan, NJ 07747 | Luongo Tucker Associates<br>Metropark South<br>100 Matawan Road-Suite 135<br>Matawan, NJ 07747 | | | 18,000.00 |
| NUI Corp.<br>P.O. Box 1450<br>Elizabeth, NJ 07207-1450 | NUI Corp.<br>P.O. Box 1450<br>Elizabeth, NJ 07207-1450 | | | 14,558.87 |
| Landscape Works<br>525 Cedar Hill Ave.<br>Wyckoff, NJ 07481 | Landscape Works<br>525 Cedar Hill Ave.<br>Wyckoff, NJ 07481 | | | 9,600.00 |
| Gonnella Roofing, Inc<br>562 Tempe Wick Road<br>Morristown, NJ 07960 | Gonnella Roofing, Inc<br>562 Tempe Wick Road<br>Morristown, NJ 07960 | | | 8,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **400 Blair Realty Holdings, LLC**   
_____   Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Panella Painting<br>c/o Berger & Bornstein<br>237 South Street<br>P.O. Box 2049<br>Morristown, NJ 07962-2049 | Panella Painting<br>c/o Berger & Bornstein<br>237 South Street<br>Morristown, NJ 07962-2049 | | | 4,830.00 |
| Morris County Duplicating<br>1 Lafayette Avenue<br>Morristown, NJ 07960 | Morris County Duplicating<br>1 Lafayette Avenue<br>Morristown, NJ 07960 | | | 1,429.43 |
| Sadat Associates, Inc.<br>116 Village Road<br>Princeton, NJ 08543 | Sadat Associates, Inc.<br>116 Village Road<br>Princeton, NJ 08543 | | | 268.11 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **9/23/11**   Signature   **/s/ Lawrence S. Berger**
**Lawrence S. Berger**
**Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
District of New Jersey

In re   400 Blair Realty Holdings, LLC
                                   Debtor,

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Success-Treuhand GmbH<br>Schloss Hornberg<br>74592 Kirchberg<br>Germany | | 50% | Member |
| United States Land Resources, L.P.<br>237 South Sreet<br>P.O. Box 2049<br>Morristown, NJ 07962-2049 | | 50% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  9/23/11          Signature _____
                                 Lawrence S. Berger
                                 **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

## United States Bankruptcy Court
### District of New Jersey

In re  **400 Blair Realty Holdings, LLC**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __9/23/11__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Lawrence S. Berger/Manager
　　　　　　　　　　　　　　　　　　　　Signer/Title

Best Case Bankruptcy

Berger & Bornstein
237 South Street
Morristown, NJ 07960


Borough of Carteret
Attn: Tax Collector
61 Cooke Ave.
Carteret, NJ 07008


Gonnella Roofing, Inc
562 Tempe Wick Road
Morristown, NJ 07960


Independent Insurance Advisors
44 W. Lancaster Ave., Suite 210
Ardmore, PA 19003


Landscape Works
525 Cedar Hill Ave.
Wyckoff, NJ 07481


Lawrence S. Berger
237 South Street
P.O. Box 2049
Morristown, NJ 07962-2049


Luongo Tucker Associates
Metropark South
100 Matawan Road-Suite 135
Matawan, NJ 07747


Morris County Duplicating
1 Lafayette Avenue
Morristown, NJ 07960


NUI Corp.
P.O. Box 1450
Elizabeth, NJ 07207-1450


Onyx Equities LLC (Receiver)
900 Route 9 North, Suite 301
Woodbridge, NJ 07095

```
Panella Painting
c/o Berger & Bornstein
237 South Street
P.O. Box 2049
Morristown, NJ 07962-2049


Petillo Enterprises
47 Dell Avenue
Kenvil, NJ 07847


PinilisHalpern
Att: William Pinilis
160 Morris St.
Morristown, NJ 07960-4214


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Rasmussen Construction
1050 Highway 35
P.O. Box 4174
Middletown, NJ 07748


Realty Management Associates
237 South Street
P.O. Box 2049
Morristown, NJ 07962-2049


Sadat Associates, Inc.
116 Village Road
Princeton, NJ 08543


United States Land Resources
237 South Street
P.O. Box 2049
Morristown, NJ 07962-2049


Wells Fargo Bank, N.A., as Trustee
Attn: Joseph Aronauer, Esq.
Aronauer, Re & Yudell, LLP
9-10 Saddle River Road
Fair Lawn, NJ 07410
```